# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

United States of America
v.
Marlon Eugene McReynolds

Case No: 1:99CR00059-003
USM No: 06028-028

Date of Original Judgment: 08/30/2000
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Juval Scott
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 361 months **is reduced to** 292 months* .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 08/30/2000 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 02/13/2012

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Effective Date: _____ *
*(if different from order date)*

* Unless otherwise indicated, the effective date of this order shall be ten (10) days after order date.



A CERTIFIED TRUE COPY
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana
By _____ Deputy Clerk